HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
KIMBERLY KEATING
Certified Law Student
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
JON GUESS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JON GUESS, <br> Defendant. | Case No. 2:20-CR-237-JAM <br><br> **ORDER GRANTING EARLY TERMINATION OF SUPERVISION** <br><br> Judge: Hon. John A. Mendez |

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby **TERMINATES** the term of supervised release imposed in this case and **DISCHARGES** Mr. Guess for the reasons set forth in his Unopposed Motion.

Dated: August 25, 2023

s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE